# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

MALCOM MIXON            :        **CASE NO.  1:22-cv-03535**

**VERSUS**                 :        **JUDGE DEE D. DRELL**

**STATE FARM FIRE & CASUALTY CO.,**
**ET AL.**                     :        **MAGISTRATE JUDGE KAY**

## <u>JUDGMENT</u>

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 16], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law; it is

**ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation [doc. 16] is **ADOPTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

This civil action may be reinstated within 30 days for good cause shown, per W.D. La. Loc. Civ. R. 41.3.  Any such showing to be made in writing and filed into the record of this matter.

THUS DONE AND SIGNED in Chambers this _23rd_ day of August 2023.


**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**